| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**BALLARD SPAHR LLP**<br>Christopher N. Tomlin<br>210 Lake Drive East, Suite 200<br>Cherry Hill, NJ 08002<br>Tel: 856.761.3400<br>Fax: 856.761.1020<br>tomlinc@ballardspahr.com<br><br>*Counsel for Specialized Loan Servicing, LLC, in its capacity as Special Servicer to the Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OC8 Mortgage Pass-Through Certificates, Series 2006-OC8* | Order Filed on November 10, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>NICOLE C. GREEN<br>(f/k/a NICOLE CSANTAVERI),<br><br>                      Debtor. | Case No. 14-11867<br><br>Chapter 13<br><br>Honorable Vincent F. Papalia |

## ORDER GRANTING MOTION TO REOPEN

The relief set forth on the following page(s), numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 10, 2016**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

DMEAST #27051603 v2

(Page 2)

Debtor: Nicole C. Green (f/k/a Nicole Csantaveri)
Case No. 14-11867 (VFP)
Movant: Specialized Loan Servicing, LLC, in its capacity as special servicer to the Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan trust 2006-OC8 Mortgage Pass-Through Certificates, Series 2006-OC8
Caption of Order: ORDER GRANTING MOTION TO REOPEN

THIS MATTER having been opened to the Court by Ballard Spahr LLP, counsel for Specialized Loan Servicing LLC ("SLS") as special servicer to the Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OC8 Mortgage Pass-Through Certificates, Series 2006-OC8 (the "Trust"), upon motion (the "Motion") pursuant to Fed. R. Bankr. P. 5010 and 11 U.S.C. § 350(b) to reopen the above-captioned Debtor's chapter 13 case to permit SLS to file the Amended Quitclaim Deed (as defined in the Motion) with the Morris County Recorder; and the Court having conducted a hearing on October 6, 2016 ~~during which it entertained the arguments of counsel~~; and good cause having been shown;

IT IS ORDERED as follows:

1. The Debtor's chapter 13 case is hereby reopened.*

*for the limited purposes set forth in the Motion.

DMEAST #27051603 v2                                2