| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**BALLARD SPAHR LLP**<br>Christopher N. Tomlin<br>210 Lake Drive East, Suite 200<br>Cherry Hill, NJ 08002<br>Tel: 856.761.3400<br>Fax: 856.761.1020<br>tomlinc@ballardspahr.com<br><br>*Counsel for Specialized Loan Servicing, LLC, in its capacity as Special Servicer to the Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OC8 Mortgage Pass-Through Certificates, Series 2006-OC8* | **Order Filed on November 10, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>NICOLE C. GREEN<br>(f/k/a NICOLE CSANTAVERI),<br><br>                 Debtor. | Case No. 14-11867<br><br>Chapter 13<br><br>Honorable Vincent F. Papalia |

## ORDER GRANTING MOTION TO REOPEN

The relief set forth on the following page(s), numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 10, 2016**

                                                                                                              */s/ Vincent F. Papalia*
                                                              **Honorable Vincent F. Papalia**
                                                              **United States Bankruptcy Judge**

**(Page 2)**
Debtor: Nicole C. Green (f/k/a Nicole Csantaveri)
Case No. 14-11867 (VFP)
Movant: Specialized Loan Servicing, LLC, in its capacity as special servicer to the Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan trust 2006-OC8 Mortgage Pass-Through Certificates, Series 2006-OC8
Caption of Order: ORDER GRANTING MOTION TO REOPEN

THIS MATTER having been opened to the Court by Ballard Spahr LLP, counsel for Specialized Loan Servicing LLC ("SLS") as special servicer to the Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OC8 Mortgage Pass-Through Certificates, Series 2006-OC8 (the "Trust"), upon motion (the "Motion") pursuant to Fed. R. Bankr. P. 5010 and 11 U.S.C. § 350(b) to reopen the above-captioned Debtor's chapter 13 case to permit SLS to file the Amended Quitclaim Deed (as defined in the Motion) with the Morris County Recorder; and the Court having conducted a hearing on October 6, 2016 ~~during which it entertained the arguments of counsel~~; and good cause having been shown;

IT IS ORDERED as follows:

1. The Debtor's chapter 13 case is hereby reopened.*

*for the limited purposes set forth in the Motion.

DMEAST #27051603 v2                    2

United States Bankruptcy Court
District of New Jersey

In re:  
Nicole C. Green  
    Debtor

Case No. 14-11867-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 10, 2016  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2016.  
db          +Nicole C. Green,    17 Euclid Terrace,    Parsippany, NJ 07054-1416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2016 at the address(es) listed below:

           Christopher N. Tomlin    on behalf of Creditor    Specialized Loan Servicing, LLC, in its capacity as Special Servicer to the Bank of New York Mellon f/k/a the Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Lo tomlinc@ballardspahr.com, minervaj@ballardspahr.com  
           David A. Ast    on behalf of Debtor Nicole C. Green davidast@davidastlaw.com, info@davidastlaw.com;robert@davidastlaw.com;astecf@gmail.com  
           Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders fo the CWALT, Inc., ALTERNATIVE LOAN TRUST 2006-OC8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC8 jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Marie-Ann Greenberg    magecf@magtrustee.com  
           Robert L. Schmidt    on behalf of Debtor Nicole C. Green robert@davidastlaw.com, info@astschmidtlaw.com;david@astschmidtlaw.com  
           Steven K. Eisenberg    on behalf of Creditor    Ocwen Loan Servicing, LLC seisenberg@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com  
                                                                                                 TOTAL: 6